UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                    :
  FRANK FIGUEROA,                                   :
                               Plaintiff,           :
                                                    :          23 Civ. 9625 (LGS)
  -against-                                          :
                                                    :              ORDER
  TERRENCE LOWENBERG, et al.,                        :
                               Defendants.           :
---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order dated January 4, 2024, required the parties to file a joint status

letter by March 7, 2024, regarding what discovery has been completed and what discovery

remains.

      WHEREAS, the parties have not filed the required status letter.

      **ORDERED** that, as soon as possible and no later than **March 15, 2024**, the parties shall

file the required letter.

Dated: March 13, 2024
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**