UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK FIGUEROA,
                          Plaintiff,

-against-

TERRENCE LOWENBERG, et al.,
                         Defendants.
------------------------------------------------------------X

23 Civ. 9625 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated April 16, 2024, granted Plaintiff's unopposed motion to amend the Complaint and directed Plaintiff to file the amended complaint on the docket by April 19, 2024.

WHEREAS, Plaintiff has not filed the amended complaint on the docket.

**ORDERED** that, as soon as possible and no later than **April 26, 2024**, Plaintiff shall file the amended complaint on the docket.

Dated: April 23, 2024
       New York, New York

                                            LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE