UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   FRANK FIGUEROA,
                                  Plaintiff,

                            23 Civ. 9625 (LGS)

   -against-

                            ORDER

   TERRENCE LOWENBERG, et al.,
                               Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order dated April 16, 2024, granted Plaintiff's unopposed motion to amend the Complaint and directed Plaintiff to file the amended complaint on the docket by April 19, 2024.  An Amended Case Management Plan and Scheduling Order dated April 16, 2024, extended discovery deadlines based on the additional claims in the proposed amended complaint.

      WHEREAS, Plaintiff did not file the amended complaint on the docket.

      WHEREAS, an Order dated April 23, 2024, directed Plaintiff to file the amended complaint on the docket by April 26, 2024.

      WHEREAS, Plaintiff has not filed the amended complaint on the docket.

      **ORDERED** that, as soon as possible and no later than **May 3, 2024**, Plaintiff shall file the amended complaint on the docket.  If Plaintiff fails to file the amended complaint on the docket, the Order dated April 16, 2024, granting Plaintiff's unopposed motion to amend the Complaint will be struck.  The Amended Case Management Plan and Scheduling Order dated April 16, 2024, will be struck as well.  This action will proceed based on the original Complaint and original discovery deadlines.

Dated: April 30, 2024
       New York, New York

                                                 LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE