UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
FRANK FIGUEROA,
                              Plaintiff,

                         23 Civ. 9625 (LGS)
         -against-

                         ORDER
TERRENCE LOWENBERG, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on May 2, 2024, Plaintiff filed an amended complaint on the docket.  It is hereby

      **ORDERED** that the amended complaint at Dkt. No. 83 is deemed the operative complaint in this action.  Defendants shall answer or otherwise respond to the amended complaint by **May 21, 2024**.

Dated: May 7, 2024
       New York, New York

                                              LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE