UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANK FIGUEROA,

                              Plaintiff,

        -against-

TERRENCE LOWENBERG, et al,

                             Defendants.
------------------------------------------------------------------X

23-CV-9625 (LGS)

**ORDER SCHEDULING**
**PRE-SETTLEMENT**
**CONFERENCE CALL**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A pre-settlement conference call in this matter is hereby scheduled for **Wednesday, August 21, 2024 at 12:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335**.

    **SO ORDERED.**

DATED:    New York, New York
                August 5, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge