UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK FIGUEROA,
                            Plaintiff,

-against-                                    23 Civ. 9625 (LGS)

                                                    ORDER
TERRENCE LOWENBERG, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a conference was held in this action on August 28, 2024, regarding Plaintiff's proposed motion to preclude evidence and motion for summary judgment. As discussed at the conference, it is hereby

       **ORDERED** that no party shall introduce documents in their exclusive possession that were requested but not produced during the discovery period. It is further

       **ORDERED** that party depositions may be conducted on dates mutually acceptable to the parties before or after the settlement conference(s) with Magistrate Judge Figueredo, provided that the depositions are completed within three weeks of the last such conference. It is further

       **ORDERED** that the briefing on Plaintiff's proposed motion for summary judgment is stayed until after the completion of settlement discussions. Within one week after the completion of depositions, any party seeking to bring a dispositive motion shall so advise the Court by filing a pre-motion letter as described in the Court's Individual Rules. The opposing party shall file a response by one week later and include a mutually agreeable briefing schedule.

Dated: August 29, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE