UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FRANK FIGUEROA,                                             :
                              Plaintiff,                    :
                                                            :    23 Civ. 9625 (LGS)
-against-                                                   :
                                                            :    ORDER
TERRENCE LOWENBERG, et al.,                                 :
                              Defendants.                   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 31, 2024, this case was referred to Magistrate Judge Valerie Figueredo for settlement.

WHEREAS, an Order dated August 29, 2024, directed the parties to conduct depositions on mutually acceptable dates before or after the settlement conferences with Judge Figueredo, provided that the depositions are completed within three weeks of the last such conference. The Order also directed any party seeking to bring a dispositive motion to file a pre-motion letter within one week after the completion of depositions.

WHEREAS, a settlement conference was held before Judge Figueredo on October 24, 2024. It is hereby

**ORDERED** that the parties shall file a letter concerning the status of settlement discussions by November 1, 2024. The letter shall also address the status of depositions, including the name and description of each witness and proposed dates when counsel and the witnesses are available.

Dated: October 28, 2024
       New York, New York

                                        _____
                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE