UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
FRANK FIGUEROA, :
                        Plaintiff, :
: 23 Civ. 9625 (LGS)
        -against- :
: ORDER
LOWENBERG et al., :
                      Defendants. :
:
-------------------------------------------------------------:
                                                                            X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on November 7, 2024, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

    **ORDERED** that, by **November 22, 2024**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

    **ORDERED** that all conferences and trial are **CANCELED**.

Dated: November 8, 2024
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE