**THE LAW OFFICES OF MARTIN E. RESTITUYO, P.C.**
1325 Avenue of the Americas, 28th Floor, New York, New York 10019

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

November 22, 2024

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The application is untimely under the Court's Individual Rules but nevertheless **GRANTED**. The parties shall file their settlement agreement and joint letter with supporting evidence by **December 4, 2024**. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 110.
>
> Dated: November 25, 2024
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *Figueroa v. Lowenberg, et. al.,* CA No. 1:23-cv-09625 (LGS)

Dear Judge Schofield:

We represent the plaintiff, Frank Figueroa, in the above-referenced matter. We write, with the consent of the defendants to request an extension of today's deadline to submit the proposed settlement agreement and motion for approval. For the reasons set forth below, we request an extension to December 4, 2024.

As the Court is aware on November 7, 2024, the parties informed the Court that they had reached a settlement in principle and simply needed to document the agreement. Unfortunately, the process has taken a little longer than expected and the parties require additional time. Given the upcoming holiday we respectfully request an extension of the deadline to Wednesday, December 4, 2024, to finalize and submit the settlement agreement and the motion for approval.

We thank the Court for its attention to this matter.

Respectfully submitted,

Martin E. Restituyo

cc: Andrea Moss, Esq.