MOSS BYRNES LLC
187 Hollow Road
Staatsburg, New York 12580
212.242.6152
andrea@mossbyrnes.com

December 5, 2024

VIA ECF
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York NY 10007

Re:   **Figueroa v. Icon et al,** 2:23-CV-09625 (LGS)

Dear Judge Schofield:

We represent Defendants in the above-referenced matter. We write on behalf of all parties to request one additional week to submit our settlement agreement for the Court's approval.

This is the parties' second request for an extension. We have been working together to finalize the agreement and, although we recognize that this request is untimely under the Court's Individual Rules, we respectfully request until December 11, 2024 to submit the settlement agreement for judicial review and approval.

Respectfully submitted,

Andrea Moss

---

The application is untimely under the Court's Individual Rules but nevertheless **GRANTED nunc pro tunc**. The parties shall file their settlement agreement and joint letter with supporting materials by **December 11, 2024**. No further extensions will be granted absent extraordinary circumstances. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 112.

Dated: December 6, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE